IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| DENIS TARON AND KAREN TARON, | ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. CIV-18-1198-D |
| HAROLD EUGENE ALEXANDER and HOLZHAUER AUTO & TRUCK SALES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ON STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the parties' Joint Stipulation of Dismissal Without Prejudice [Doc. No. 19] operates as a voluntary dismissal without prejudice of Plaintiff's action against Defendant Harold Eugene Alexander upon the date of filing.[1]

Signed this 24th day of June, 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] *See De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011) ("stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing"); *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) ("no action is required on the part of the court" to effectuate a dismissal under Rule 41(a)(1)); *see also Netwig v. Ga. Pac. Corp.*, 375 F.3d 1009, 1010 (10th Cir. 2004) (dismissal was effective on date of Rule 41(a)(1) filing).